1
2
3

# UNITED STATES DISTRICT COURT

4

## NORTHERN DISTRICT OF CALIFORNIA

5
6

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 3:06-CV-04090-CRB <br><br> **MDL NO. 1699** <br> **District Judge: Charles R. Breyer** |
| Richard Brown, Individually and as personal Representative of the Estate of Ricky Brown, et al, <br><br> Plaintiff(s), <br><br> vs. <br><br> Pfizer Inc, et al. <br> Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff(s), **Marjorie Dobbins, Individually and as Representative of the Estate of Ricky Dobbins** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED:   Jan. 6, 2010        By:_____

Hissey Kientz, L.L.P.
Eric Walker, Esq.
David L. Friend, Esq.
9442 Capital of Texas Hwy N., Suite 400
Austin, TX 78759
Telephone:  (512) 320-9100
Facsimile:  (512) 320-9101
Attorneys for Plaintiff(s)

DATED:   Jan. 6, 2010        By:_____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**

Dated:   JAN 1 9 2010        _____
Hon. Charles R. Breyer
United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42463776.1