||| 1 |||
||| 2 |||
||| 3 ||| UNITED STATES DISTRICT COURT
||| 4 ||| NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 3:06-CV-04090-CRB<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Richard Brown, Individually and as personal Representative of the Estate of Ricky Brown, et al,<br>　　　　　Plaintiff(s),<br>vs.<br>Pfizer Inc, et al.<br>　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff(s), **Zella Forbus**, individually and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: **Jan. 6, 2010**        By: _____

                        Hissey Kientz, L.L.P.
                        Eric Walker, Esq.
                        David L. Friend, Esq.
                        9442 Capital of Texas Hwy N., Suite 400
                        Austin, TX 78759
                        Telephone: (512) 320-9100
                        Facsimile: (512) 320-9101
                        Attorneys for Plaintiff(s)

DATED: **Jan. 6, 2010**        By: _____

                        DLA PIPER LLP (US)
                        1251 Avenue of the Americas
                        New York, NY 10020
                        Telephone: (212) 335-4500
                        Facsimile: (212) 335-4501
                        *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN 1 9 2010         _____
                               Hon. Charles R. Breyer
                               United States District Court