# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

3:06-CV-04090-CRB

MDL NO. 1699

District Judge: Charles R. Breyer

Richard Brown, Individually and as personal Representative of the Estate of Ricky Brown, et al,

Plaintiff(s),

vs.

Pfizer Inc, et al.

Defendants.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Come now the Plaintiff(s), **Luscious Scott**, individually and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

1
2  DATED: _____, 2009   By: _____
3
4                              Hissey Kientz, L.L.P.
                               Eric Walker, Esq.
5                              David L. Friend, Esq.
                               9442 Capital of Texas Hwy N., Suite 400
6                              Austin, TX 78759
                               Telephone: (512) 320-9100
7                              Facsimile: (512) 320-9101
                               Attorneys for Plaintiff(s)
8
   DATED: 11/23/2010 ~~2009~~   By: ___/s/___
9
10                             DLA PIPER LLP (US)
                               1251 Avenue of the Americas
11                             New York, NY 10020
                               Telephone: (212) 335-4500
12                             Facsimile: (212) 335-4501
                               *Defendants' Liaison Counsel*
13
14
15
16  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**
17
18  Dated: Nov. 29, 2010
19                              _____
                                Hon. Charles R. Breyer
20                              United States District Court
21
22
23
24
25
26
27
28

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42463776.1