Erik Brent Walker
Hissey, Kientz & Herron
16800 Imperial Valley Drive, Suite 130
Houston, TX 77060
Telephone: 713-224-7670
Facsimile: 713-224-7671
Email: erik@hkhlaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-4090 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Richard Brown, et al.,<br><br>　　　　　　　　Plaintiffs<br><br>vs.<br><br>Pfizer Inc,<br><br>　　　　　　　　Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Richard Brown and Ricky Brown in the above-entitled action and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to

//

//

//

//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: \_\_\_\_\_, 2010   By: /s/

**HISSEY, KIENTZ & HERRON**
16800 Imperial Valley Drive, Suite 130
Houston, TX 77060
Telephone: 713-224-7670
Facsimile: 713-224-7671

*Attorneys for Plaintiffs*

DATED: 11/23, 2010   By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Nov. 29, 2010

Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**