1  Erik Brent Walker
   Hissey, Kientz & Herron
2  16800 Imperial Valley Drive, Suite 130
   Houston, TX 77060
3  Telephone: 713-224-7670
   Facsimile: 713-224-7671
4  Email: erik@hkhlaw.com
   Attorneys for Plaintiffs
5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12 IN RE: BEXTRA AND CELEBREX<br>MARKETING SALES PRACTICES AND<br>13 PRODUCT LIABILITY LITIGATION | **Case No.: 06-4090 CRB**<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| 14 | |
| 15 Richard Brown, et al., | |
| 16                          Plaintiffs | **STIPULATION AND ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |
| 17 vs. | |
| 18 Pfizer Inc, | |
| 19                          Defendant. | |
| 20 | |

21

22  Come now the Plaintiffs, Richard Brown and Ricky Brown in the above-entitled action and

23  Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

24  Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to

25  //

26  //

27  //

28  //

-1-

the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: _____, 2010     By: _____

**HISSEY, KIENTZ & HERRON**
16800 Imperial Valley Drive, Suite 130
Houston, TX 77060
Telephone: 713-224-7670
Facsimile: 713-224-7671

*Attorneys for Plaintiffs*

DATED: 11/23, 2010     By: _____/s/_____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Nov. 29, 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE